UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Peter Davenport
    Plaintiff

        v.

CIVIL ACTION NO.:
1:23-cv-12239-RGS

Town of Reading
    Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JUDGMENT**
October 15, 2024

Stearns, D.J.

In accordance with the Memorandum and Order entered on October 15, 2024, GRANTING Defendant's Motion for Summary Judgment, Judgment shall enter in Davenport's favor on the Fifth Amendment claim and in the Town's favor on the Eighth Amendment Claim. This case is hereby DISMISSED.

    SO ORDERED.

                                /s/ Richard G. Stearns
                                RICHARD G. STEARNS
                                United States District Judge